# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1505

_____

Randal Mauderer

*Plaintiff - Appellant*

v.

Iowa Department of Corrections; Fort Dodge Correctional Facility, Health
Services, Psychologists, and Psychiatrists; Karen Johnson, Director of Health
Services; Kane, Unit Manager; Katie Deal, Counselor

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: December 27, 2016
Filed: January 5, 2017
[Unpublished]

_____

Before SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Iowa inmate Randal Mauderer appeals the district court's[1] adverse grant of summary judgment on his deliberate-indifference and retaliatory-transfer claims. After carefully reviewing the record and the parties' arguments on appeal, we conclude that summary judgment was warranted. See Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir. 2012) (grant of summary judgment is reviewed de novo); see also Fourte v. Faulkner Cty., Ark., 746 F.3d 384, 387 (8th Cir. 2014) (deliberate-indifference claim requires showing that defendants knew of, but deliberately disregarded, objectively serious medical need; deliberate indifference is even more than gross negligence); White v. Kautzky, 494 F.3d 677, 681 (8th Cir. 2007) (two-year statute of limitations applies to § 1983 actions in Iowa); Goff v. Burton, 7 F.3d 734, 737-38 (8th Cir. 1993) (for retaliatory-transfer claim, prisoner must show that "but for" impermissible retaliation, he would not have been transferred). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.